IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EDWARD ROBINSON , | ) | CV 12-00379 LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HYATT CORPORATION, GRAND HYATT KAUAI RESORT & SPA; JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; DOE GOVERNMENTAL AGENCIES 1-5, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 12, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Defendant's Motion to Enforce Settlement Agreement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, August 27, 2013.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**EDWARD ROBINSON V. HYATT CORPORATION, ET AL; CIVIL 12-00379 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**